1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6          OAKLAND DIVISION

7   UNITED STATES OF AMERICA,               **Case No.:** CR 18–00446 HSG

8          Plaintiff,                       [PROPOSED] **ORDER RE:  LEAVE TO**
                                            **FILE OVERSIZE REPLY BRIEF**
9          v.

10  JOSE MARISCAL NARARRETE,                **Court:**          Courtroom 2, 4th  Floor

11         Defendant.

12

13          For good cause shown, the Court GRANTS the defendant's motion for leave to accept a

14  brief that exceeds the applicable page limit in Civil L.R. 7-3(c) which was filed simultaneously.

15

16          IT IS SO ORDERED.

17          2/15/2019                        _Haywood S. Gill, Jr._
18          Dated                           HAYWOOD S. GILLIAM, JR.
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28